# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40946
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2015

Lyle W. Cayce
Clerk

COURTLAND DEWAYNE LINDSAY,

Plaintiff-Appellant

v.

TRINITY MOTHER FRANCES, Emergency Care Center,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:13-CV-793

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The district court dismissed Courtland Dewayne Lindsay's amended complaint for failure to provide a short and plain statement either of the grounds for federal jurisdiction or of his claims for relief. *See* FED. R. CIV. P. 8(a). Lindsay's largely unintelligible brief on appeal fails to cure these deficiencies. Accordingly, his outstanding motions are DENIED, and his appeal is DISMISSED as frivolous pursuant to Fifth Circuit Rule 42.2. *See*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40946

*Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997).   Lindsay is CAUTIONED that future frivolous or repetitive filings will result in the imposition of sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.   He is further CAUTIONED to review all pending matters in this court and move to dismiss any that are frivolous or repetitive.